IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

**NANCY REUSCHEL,**
*as Executrix of the Estate of*
**LOUISE MCGRAW**, *deceased; and*
**LORETTA HOLCOMB**,
*as Executrix of the Estate of*
**CHARLOTTE RODGERS**, *deceased,*

        **Plaintiffs,**

vs.                                Civil Action No. 5:22-cv-00279

**CHANCELLOR SENIOR MANAGEMENT, LTD.,**

        **Defendants.**

### ORDERED SEALING MEDIATION AGREEMENT

On July 22 and 23, 2025, the undersigned conducted mediation with the parties in this matter. The parties have entered into a ***Confidential Mediation Agreement***, dated July 23, 2025, in full settlement of this matter. It is hereby **ORDERED** that the ***Confidential Mediation Agreement*** shall be placed under seal.

**ENTERED** this the 23rd day of July 2025.



Omar J. Aboulhosn
United States Magistrate Judge